# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139917 & (50)

MICHAEL PAGANO,
        Plaintiff,

v

PONTIAC OSTEOPATHIC HOSPITAL,
        Defendant-Appellant,

and

ALLEN MEDICAL SYSTEMS, INC.,
HILLENBRAND INDUSTRIES, INC., and
HILL-ROM COMPANY, INC.,
        Defendants-Appellees.
_____/

SC: 139917
COA: 285100
Oakland CC: 2006-073852-NH

On order of the Court, the motion to dismiss or strike the application is DENIED. The application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0125